RECEIVED
JUL 2 4 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **CRISSY ANN GUILLORY** | **CIVIL ACTION NO. 07-0584** |
| **VERSUS** | **JUDGE MELANÇON** |
| **U.S. COMM. SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE METHVIN** |

## *JUDGMENT*

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Report and Recommendation of the magistrate judge is correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Guillory's case is **DISMISSED** without prejudice.

Lafayette, Louisiana this 24th day of July, 2008.

TUCKER L. MELANÇON
UNITED STATES DISTRICT COURT